■ THE PEOPLE OF THE STATE OF NEW YORK v. SALVATORE ESPOSITO.— Motion for an order vacating the order of this court entered on the 13th day of

December, 1962 denied in all respects. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.